## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL TODD WHITNER, an individual | ) ) ) | |
| | ) | Case No.: 8:07-CV-00263 |
| Plaintiff/ Counterclaim-Defendant, | ) ) | |
| v. | ) ) | **ORDER GRANTING** |
| RICK'S CAFÉ, LLC, an Indiana limited liability company | ) ) ) | **DEFENDANT/COUNTERCLAIM-PLAINTIFF'S MOTION TO STRIKE CM/ECF FILING NO. 39** |
| Defendant/ Counterclaim-Plaintiff | ) ) | |
| v. | ) ) | |
| MICHELLE TROXCLAIR, an individual | ) ) ) | |
| Counterclaim-Defendant | ) ) | |
| v. | ) ) | |
| JOHN and JANE DOES 1-1000 | ) ) | |
| Counterclaim-Defendants | ) | |

This matter is before the Court on the Motion to Strike CM/ECF Filing No. 39, filed by Defendant/Counterclaim-Plaintiff Rick's Café, LLC ("Rick's Café") on March 25, 2008 (Filing No. 40). The Court finds that the Motion to Strike should be granted.

It is therefore ORDERED that CM/ECF Filing No. 39 is hereby striken.

DATED March 25, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge