## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL TODD WHITNER,** | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **RICK'S CAFÉ, LLC, an Indiana Limited Liability Company,** | ) | **8:07CV263** |
| | ) | |
| Defendant/Counterclaim-Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **MICHELLE TROXCLAIR,** | ) | |
| | ) | |
| Counterclaim-Defendant. | ) | |

Upon review of the Mediation Closure Notice [58] reporting that the parties reached an agreement on all issues,

**IT IS ORDERED:**

1. On or before **August 25, 2008** the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to Judge Smith Camp (smithcamp@ned.uscourts.gov) a proposed order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

**DATED July 18, 2008.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**