**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MICHAEL TODD WHITNER,** | ) | **CASE NO. 8:07CV263** |
| | ) | |
| **Plaintiff/Counterclaim-Defendant,** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **RICK'S CAFÉ LLC, an Indiana Limited Liability Company,** | ) ) | |
| | ) | |
| **Defendant/Counterclaim-Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHELLE TROXCLAIR,** | ) | |
| | ) | |
| **Counterclaim- Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 60) is approved, and the relief requested therein is granted;

2. The Amended Complaint, the First Amended Counterclaim and all other claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 18th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge